SUSAN S. JOO (SBN 260369)
HUNTON & WILLIAMS LLP
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
E-mail: sjoo@hunton.com

Attorney for Defendant
MERZ NORTH AMERICA, INC.

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SANAE HOROWITZ,<br><br>Plaintiff,<br><br>v.<br><br>MERZ NORTH AMERICA, INC.,<br><br>Defendant. | CASE NO.:  4:15-CV-03602-DMR<br><br>**MERZ NORTH AMERICA, INC.'S NOTICE OF AND MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>[Civ. L.R. 7-11 and 11-5] |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that pursuant to Civil L.R. 7-11 and 11-5, Defendant Merz North America, Inc. moves the Court for an order permitting the withdrawal of its counsel of record, Mitchell F. Boomer and Scott P. Jang of Jackson Lewis P.C., and the appearance of substitute counsel, Susan S. Joo of Hunton & Williams LLP, on its behalf in this action.  Plaintiff Sanae Horowitz has received written notice of the withdrawal and substitution as required by L.R. 11-5.

1

MERZ NORTH AMERICA, INC.'S MOTION FOR ORDER AND [PROPOSED] ORDER
PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Defendant:

Susan S. Joo (SBN 260369)
Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
E-mail: sjoo@hunton.com

I consent to the above substitution.

Dated:   October /2, 2015            MERZ NORTH AMERICA, INC.

                                     BY: _____
                                         Pamela J. Butler, Esq., on behalf
                                         of Merz North America, Inc.

I consent to the above substitution.

Dated:   October 12, 2015            JACKSON & LEWIS P.C.

                                     BY: _____
                                         Mitchell F. Boomer

                                     BY: _____
                                         Scott P. Jang

2
MERZ NORTH AMERICA, INC.'S MOTION FOR ORDER AND [PROPOSED] ORDER
PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

1  I consent to the above substitution, and am duly admitted to practice in this District.

3  Dated:  October 12, 2015                    HUNTON & WILLIAMS LLP

5                                              BY:  /s/Susan S. Joo
6                                                   Susan S. Joo, Esq.

8  The substitution of attorney is hereby approved.  **IT IS SO ORDERED.**

10 Dated:  October 19, 2015.

   _____
   Honorable Donna M. Ryu
   United States District Magistrate Judge

   **IT IS SO ORDERED**
   Judge Donna M. Ryu

---

3

MERZ NORTH AMERICA, INC.'S MOTION FOR ORDER AND [PROPOSED] ORDER
PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, California 94105

99999.999990 EMF_US 57712379v1