1
2
3
4
5
6
7

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SANAE HOROWITZ, | CASE NO.: 4:15-CV-03602-DMR |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING JOINT PROPOSAL TO EXTEND DISCOVERY DEADLINES** AS MODIFIED |
| MERZ NORTH AMERICA, INC., | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING JOINT PROPOSAL TO EXTEND DISCOVERY DEADLINES**

1  Having considered the parties' Joint Proposal to Extend Discovery Deadlines (EMF No. 33) filed on March 31, 2016, the pleadings and papers filed in connection therewith, and all other matters presented to the Court, and good cause having been shown:

It is hereby **ORDERED** that the Joint Proposal to Extend Discovery Deadlines is **GRANTED** and the deadlines extended as follows:

- All non-expert discovery shall be completed by 6/30/2016.
- Experts shall be disclosed and reports provided by 6/30/2016.
- Rebuttal experts shall be disclosed and reports provided by 7/14/2016.
- All discovery from experts shall be completed by 7/28/2016.

<u>All other dates set by the court (Docket No. 23) shall remain the same</u>.

IT IS SO ORDERED.

Dated: April 6, 2016

_____
Honorable Donna M. Ryu
United States District Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]*

**[PROPOSED] ORDER GRANTING JOINT PROPOSAL TO EXTEND DISCOVERY DEADLINES**